

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00237-CV

**IN THE INTEREST OF C.J.G.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01800
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the portion of the order containing the trial court's findings pursuant to sections 161.001(b)(1)(D) and 161.001(b)(1)(E) of the Texas Family Code is REVERSED, and the cause is REMANDED to the trial court for the entry of an order omitting those findings. The remainder of the trial court's order is AFFIRMED. Costs of the appeal are taxed against the parties who have incurred them.

SIGNED October 30, 2019.

Sandee Bryan Marion, Chief Justice